IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gary Boltinghouse, Jr., Robert Taylor, and Mark Canales, on behalf of themselves and all other similarly situated individuals,<br><br>                Plaintiffs,<br><br>    v.<br><br>Abbott Laboratories, Inc.,<br><br>                Defendant. | Case No. 1:15-cv-6223<br><br>Judge Rebecca R. Pallmeyer |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE, TO AUTOMATICALLY CONVERT TO DISMISSAL WITH PREJUDICE IN 60 DAYS**

      The Parties have reached a settlement of this matter. Accordingly, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate to the dismissal of any and all claims brought in this litigation. The dismissal shall, initially, be without prejudice. Unless a party moves to reinstate the case, the dismissal shall automatically convert to a dismissal with prejudice 60 days after this stipulation is filed. Except as otherwise agreed, each party shall bear the party's own costs, including fees, in this litigation.

**Dated: August 11, 2017**

Stipulated by:

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |
|---|---|
| s/Reena Desai | s/ Noah A. Finkel |
| Rachhana T. Srey | Noah A. Finkel |
| Reena I. Desai | Kyle A. Petersen |
| Brittany Bachman Skemp | Abigail A. Cahak |
| NICHOLS KASTER, PLLP | SEYFARTH SHAW LLP |
| 80 South 8th Street | 233 South Wacker Drive |
| Minneapolis, MN 55402 | Suite 8000 |
| (612) 256-3200 | Chicago, Illinois 60603 |
| srey@nka.com | (312) 460-5000 |
| rdesai@nka.com | nfinkel@seyfarth.com |
| bbachmanskemp@nka.com | kpetersen@seyfarth.com |
| | acahak@seyfarth.com |
| Ryan Stephan | |
| James B. Zouras | Richard L. Alfred |
| Teresa Becvar | SEYFARTH SHAW LLP |
| STEPHAN ZOURAS, LLP | Two Seaport Lane, Suite 300 |
| 205 North Michigan Ave. | Boston, Massachusetts 02210 |
| Suite 2560 | (617) 496-4802 |
| Chicago, IL 60601 | ralfred@seyfarth.com |
| (312) 233-1550 | |
| rstephan@stephanzouras.com | *Attorneys for Defendant* |
| jzouras@stephanzouras.com | |
| tbecvar@stephanzouras.com | |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record listed below, by operation of the Court's Electronic Filing System, on this 11th day of August, 2017.

            Ryan Stephan
            James B. Zouras
            Teresa Becvar
            STEPHAN ZOURAS, LLP
            205 North Michigan Ave.
            Suite 2560
            Chicago, IL 60601
            (312) 233-1550
            rstephan@stephanzouras.com
            jzouras@stephanzouras.com
            tbecvar@stephanzouras.com

            Rachhana T. Srey
            Reena I. Desai
            Brittany Bachman Skemp
            NICHOLS KASTER, PLLP
            80 South 8th Street
            Minneapolis, MN 55402
            (612) 256-3200
            srey@nka.com
            rdesai@nka.com
            bbachmanskemp@nka.com


            /s/Kyle A. Petersen